# EXHIBIT

# A

# HEALTHCARE STAFFING/SILVER CARE

2535 JOHN F. KENNEDY BLVD   JERSEY CITY, NJ 07304

**39500**

| Employee Name | SOC. SEC # | Department | Check Date 7/12/2013 | | | |
|---|---|---|---|---|---|---|
| IESHA BULLOCK | | 45 CNA N/FRILL | Pay Period | STATUS | RATE | EMP# |
| | | | 6/23/2013 - 7/06/2013 | S1 | 11.2500 | 3320 |

| Type of Earnings | Rate | Hours | Amount | Deductions | This period | YTD |
|---|---|---|---|---|---|---|
| REGULAR | 11.2500 | 40.00 | 450.00 | FWT | 30.64 | 212.40 |
| OVERTIME | 16.8750 | 3.75 | 63.28 | NJ WITHHOLDING | 7.55 | 63.18 |
| RAISE DIFF. | 1.2500 | 7.50 | 9.38 | FICA | 33.57 | 287.35 |
| DIFFERENTIAL | 2.5000 | 7.50 | 18.75 | MEDICARE | 7.85 | 67.20 |
| | | | | SUI-DISABILITY | 4.80 | 41.02 |
| | | | | CNA RECERT | 0.00 | (30.00) |
| Gross Earnings | | 51.25 | 541.41 | Total Deductions | 84.41 | 641.15 |
| YTD Earnings | | | 4,634.62 | Net Pay ——> | 457.00 | 3,993.47 |