UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------x     No. 13-cv-7910(NLH)(AMD)
TYMECO JONES, et al.

        Plaintiffs,

                 **NOTICE OF MOTION**

 -against-

SCO, SILVER CARE OPERATIONS LLC
D/B/A ALARIS HEALTH AT CHERRY
HILL,

 And

JOHN DOES 1-10

        Defendants.
----------------------------------------------------------x

COUNSELORS:

 PLEASE TAKE NOTICE, that upon the declaration of Stuart Weinberger, attorney of record for the Defendant, dated April 7, 2014, together with all the exhibits annexed hereto, the accompanying memorandum of law, and upon all of the pleadings and proceedings heretofore had herein, Defendant SCO, Silver Care Operations, LLC d/b/a Alaris Health at Cherry Hill will move this Court at the United States Courthouse located at 4th and Cooper Streets, Camden, New Jersey, in courtroom 3A before the Honorable Noel L. Hillman, United States District Judge, on May 5, 2014, or as soon thereafter as counsel can be heard for an order: (i) dismissing the Complaint pursuant to Fed.R.Civ.P 12(b)(6); and, (ii) granting Defendant such other and further relief that to the Court deems

Dated: New York, New York
    April 7, 2014

                  /s/ Stuart Weinberger
                  Stuart A. Weinberger

                                        Goldberg & Weinberger LLP
                                        630 Third Avenue, 18th Floor
                                        New York, New York 10017
                                        (212) 867-9595 x 313

TO:    Richard S. Swartz, Esq.
          Justin L. Swidler, Esq.
          Matthew D. Miller, Esq.
          Swartz Swidler, LLC
          1878 Marlton Pike East, Ste. 10
          Cherry Hill, New Jersey 08003

          *Attorneys for Plaintiffs*