UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYMECO JONES, IESHA BULLOCK, and TEAIRRA PIZARRO, on behalf of themselves and those similarly situated, | Civil No. 13-7910 (NLH/AMD) **ORDER** |
| Plaintiffs, | |
| v. | |
| SCO, SILVER CARE OPERATIONS LLC d/b/a ALARIS HEALTH AT CHERRY HILL, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  16th  day of  December , 2015

ORDERED that defendant's MOTION for Reconsideration [63] be, and the same hereby is, GRANTED IN PART AND DENIED IN PART:

All relief sought in defendant's motion is denied, except that the Court modifies its September 22, 2015 Opinion to define the conditionally certified collective classes as:

1. For overtime pay issues, plaintiffs' proposed collective consists of all of defendant's CNAs, who, during at least one (1) workweek within the last three (3) years, worked over 40 hours and earned differential pay and/or other shift

premiums.

    2.    For plaintiffs' meal break policy issues, plaintiffs' proposed collective consists of all of defendant's CNAs, who, during at least one (1) workweek within the last three (3) years, worked a night shift and worked at least 40 hours.


| | |
|---|---|
| At Camden, New Jersey |    s/ Noel L. Hillman   <br>NOEL L. HILLMAN, U.S.D.J. |