UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

SCO, SILVER CARE OPERATIONS, LLC,
            Defendant,

      v.

TYMECO JONES, IESHA BULLOCK, and
behalf of themselves and those similarly situated,
            Plaintiffs.

---

NOTICE OF APPEAL
CIVIL ACTION NO.: 13-7910
(NLH/AMD)

      Notice is hereby given that SCO, Silver Care Operations, LLC, ("Defendant") the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from those parts of the order of the District Court, dated September 22, 2015, and those parts of the order, dated December 16, 2015, denying Defendant's motion for reconsideration of that September 22, 2015 order, which denied Defendant's application to compel arbitration under a collective bargaining agreement of the issues and claims in this case involving the practices, provisions and payments (including but not limited to the payment of overtime) regarding meal breaks and differentials/shift differentials/premiums and to dismiss and or stay this action pending the arbitration.

Dated: January 13, 2016

/s/ Stuart Weinberger
Stuart Weinberger, Esq.
Goldberg and Weinberger LLP
Attorney for SCO, Silver Care Operations, LLC
630 Third Avenue, 18th Floor
New York, NY 10017
(212) 867-9595 (Ext. 313)