UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-1101
_____

TYMECO JONES, IESHA BULLOCK, and TEAIRRA PIZARRO, on behalf of themselves and those similarly situated,

v.

JOHN DOES 1-10;
SCO SILVER CARE OPERATIONS LLC d/b/a ALARIS HEALTH AT CHERRY HILL,
  Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1-13-cv-07910)
District Judge: Honorable Noel L. Hillman
_____

Argued: November 16, 2016

Before: AMBRO, CHAGARES, and FUENTES, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued before the Court on November 16, 2016.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered December 16, 2015 is hereby AFFIRMED.  Costs taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: May 18, 2017