UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYMECO JONES, IESHA BULLOCK, and TEAIRRA PIZARRO, on behalf of themselves and those similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>SCO, SILVER CARE OPERATIONS LLC d/b/a ALARIS HEALTH AT CHERRY HILL,<br><br>   Defendant. | Civil No. 13-7910 (NLH/AMD)<br><br>**ORDER** |

   AND NOW this  19th  day of   October   , 2017, upon consideration of Named Plaintiffs' Motion for Conditional Certification and other relief, and Defendant's response thereto, IT IS HEREBY

   ORDERED that within 21 days of this Order, Defendants shall provide in electronic and importable format, a spreadsheet identifying all class members, and containing, in separate columns, the individual's first name, last name, street address, city, state, zip code, and e-mail address, and it is further,

   ORDERED that Named Plaintiffs' counsel, within 21 days of receiving the aforementioned spreadsheet, shall send by first-

class mail, a copy of the Court-approved Notices and Consent Forms, which are filed with this Order, to all individuals identified, and upon completing such mailing, Named Plaintiffs' Counsel shall notify the Court providing the date the mailing was effectuated, and it is further,

ORDERED that any class member may join this action by having a consent form filed with the Court, and it is further

ORDERED that within 45 days of mailing the notices and consent forms, Named Plaintiffs must provide a postcard reminder to all potential class members prior to the close of the opt-in period.

BY THE COURT:

At Camden, New Jersey

\_\_ s/ Noel L. Hillman \_\_
NOEL L. HILLMAN, U.S.D.J.