UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYMECO JONES, IESHA BULLOCK, and TEAIRRA PIZARRO, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SCO, SILVER CARE OPERATIONS LLC d/b/a ALARIS HEALTH AT CHERRY HILL,<br><br>        Defendant. | Civil No. 13-7910 (NLH/AMD)<br><br>**ORDER** |

This matter having been reported settled and the Court having administratively terminated the action so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1; and

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___8th___ day of ___May___, 2019

ORDERED that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiffs' MOTION for Approval of FLSA Settlement [130] be, and the same hereby is, GRANTED.

At Camden, New Jersey

                                       s/ Noel L. Hillman
                                       NOEL L. HILLMAN, U.S.D.J.