UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TYMECO JONES, on behalf of herself and those similarly situated<br>826 South 6th Street<br>Camden, NJ 08104<br><br>and<br><br>IESHA BULLOCK,, on behalf of herself and those similarly situated,<br>6202 Cresent Court<br>Glassboro, NJ 08028<br><br>and<br><br>TEAIRRA PIZARRO, on behalf of herself and those similarly situated,<br>1038 N. 31st Street, Apt. 8<br>Camden, NJ 08105<br><br>Plaintiffs,<br>v.<br><br>SCO, SILVER CARE OPERATIONS, LLC d/b/a ALARIS HEALTH AT CHERRY HILL<br>1417 Brace Road<br>Cherry Hill, NJ 08034<br><br>and<br><br>JOHN DOES 1-10<br><br>Defendants. | 13-CV-7910 (NLH) (AMD)<br><br>STIPULATION<br>AND ORDER OF DISMISSAL<br><u>WITH PREJUDICE</u> |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for Plaintiffs, Opt-in Plaintiffs, and Defendant that any and all claims asserted

17

by Plaintiffs and Opt-in Plaintiffs in the above entitled action are hereby discontinued and dismissed, with prejudice, as against Defendant, without costs or attorneys' fees to any party as against another.

Dated: May 6, 2019
Cherry Hill, NJ

_____
Matthew Miller, Esq.

Swartz Swidler, LLC
1101 Kings Highway N., Suite 402
Cherry Hill, New Jersey 08034
P: (856) 685-7420
*Attorneys for Plaintiffs
and Opt-in Plaintiffs*

Dated: March 21, 2019
New York, NY

_____
Stuart Weinberger, Esq.

Goldberg and Weinberger LLP
630 Third Avenue, 18th Floor
New York, NY 10017
P: (212) 867-9595
*Attorneys for Defendant*

SO ORDERED:
May 8, 2019

_____
HONORABLE NOEL L. HILLMAN,
U.S. DISTRICT JUDGE

18